UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY CORREA,<br><br>        Plaintiff,<br><br>   -against-<br><br>CAPTAIN JAMES E. GINTY, *et al.*,<br><br>        Defendants. | 20-CV-5791 (LLS)<br><br>ORDER |

LOUIS L. STANTON, United States District Judge:

  By order dated August 14, 2020, the Court directed Plaintiff, within sixty days, to file an amended complaint. Since then, Plaintiff submitted a letter to the Court providing additional information about his claims. (ECF No. 12.) Plaintiff cannot supplement his complaint by letter. Plaintiff should submit an amended complaint that complies with the August 14, 2020 order, and include all claims against all parties in that document. The amended complaint will completely replace the original complaint, and should be filed within sixty days of the August 14, 2020 order. *See Noble v. Kelly*, 246 F.3d 93 (2d Cir. 2001) (holding that under the "mailbox rule," *pro se* prisoner filings are deemed "filed" on the date they are delivered to prison officials for mailing).

  The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: September 3, 2020
    New York, New York

                   *Louis L. Stanton*
                    Louis L. Stanton
                      U.S.D.J.