UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ANTHONY CORREA,  :
          Plaintiff,  :
                                                   :  **ORDER**
v.  :
                                                 :  20 CV 5791 (VB)
CAPTAIN JAMES E. GINTY, DEPUTY  :
OFFICER RUGGIERO, LT. CHRISTOPHER  :
BINI, HAROLD L. SMITH, CPL.  :
COLANGELO, and CPL. MATIS,  :
          Defendants.  :
--------------------------------------------------------------x

       On January 8, 2021, defendants moved to dismiss plaintiff's amended complaint (Docs. ##30, 34) and mailed to plaintiff, who is proceeding pro se and in forma pauperis, copies of the motions and supporting documents (Docs. ##38, 39). Plaintiff's opposition to the motions was due January 25, 2021. See Fed. R. Civ. P. 6(d); Local Civil Rule 6.1(b).

       To date, plaintiff has failed to oppose the motions or seek an extension of time to do so.

       Accordingly, it is HEREBY ORDERED:

       The Court sua sponte extends to March 2, 2021, plaintiff's time to oppose the motions to dismiss. **If plaintiff fails to respond to the motions by March 2, 2021, the motions will be deemed fully submitted and unopposed. Plaintiff shall file one opposition to both motions.**

       If plaintiff opposes the motions, defendants' replies, if any, shall be due March 9, 2021.

       The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

       Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: February 9, 2021
       White Plains, NY

                                            SO ORDERED:

                                            _____
                                            Vincent L. Briccetti
                                            United States District Judge