UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ANTHONY CORREA,
          Plaintiff,

v.

CAPTAIN JAMES E. GINTY, DEPUTY
OFFICER RUGGIERO, LT. CHRISTOPHER
BINI, HAROLD L. SMITH, CPL.
COLANGELO, and CPL. MATIS,
          Defendants.
--------------------------------------------------------------x

**ORDER**

20 CV 5791 (VB)

      On July 24, 2020, plaintiff commenced this action jointly with two other plaintiffs. (Doc. #2). By Order dated August 12, 2020, the Court severed the plaintiffs' claims and ordered that plaintiff Anthony Correa would proceed as the sole plaintiff in this action. (Doc. #8).

      On September 30, 2020, plaintiff filed a notice of change of address, noting his address as:

> Anthony Correa
> #16A0887
> Downstate Correctional Facility
> Box F
> Red Schoolhouse Road
> Fishkill, NY 12524-0445

(Doc. #18). Since then plaintiff has not updated his address with the Court.

      The Court has repeatedly ordered plaintiff to notify the Court in writing if his address changes, and warned that if he fails to do so the Court may dismiss the action. (Docs. ##10, 19).

      On February 22, 2021, the Court received returned mail addressed to plaintiff at Downstate Correctional Facility with a notation that plaintiff was "No Longer Here." Similarly, on February 23, 2021, the Court received returned mail addressed to plaintiff at Downstate Correctional Facility with a notation that plaintiff was "No Longer Here."

1

Moreover, the New York State DOCCS "Inmate Lookup" indicates plaintiff was released from Collins Correctional Facility on December 30, 2020.

**Accordingly, by May 10, 2021, plaintiff must update the Court in writing as to his current address. If plaintiff fails to do so, the Court will deem this case abandoned and dismiss the case for failure to prosecute or comply with Court orders. Fed. R. Civ. P. 41(b).**

Chambers will mail a copy of this Order to plaintiff at the address at the docket.

Dated: April 8, 2021
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge